RAFFAELE SCARSELLA, Respondent, v. CHARLOTTE D'AMANDA and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers by December third.

IVA COLLEY, an Infant, etc., Respondent, v. ANTHONY THOMAS, Appellant. — Appeal dismissed, without costs, upon stipulation filed.

ELLA R. CASTLE, Respondent, v. JAMES C. CASTLE, Appellant.— Final order of dismissal entered upon affidavit filed by respondent's attorney showing that appellant has failed to comply with the terms of order entered October 18, 1917.

---

## FIRST DEPARTMENT, DECEMBER, 1917.

In the Matter of the Joint Petition of ALBERT G. WEED, as General Guardian of ROLAND D. J. RAUGHT, a Minor, and EVERETT F. WARRINGTON, as General Guardian, etc., Respondents, for the Appointment of Said ALBERT G. WEED and EVERETT F. WARRINGTON, Jointly with the UNION TRUST COMPANY OF NEW YORK, as the Representatives of the Supreme Court, to Execute a Certain Trust.

### NETTIE RAUGHT, Appellant.

*Guardian and ward — trustees — powers of Supreme Court.*

Appeal by Nettie Raught, one of the legatees named in the will of Roland D. Jones, deceased, from an order of the Supreme Court, entered in the New York county clerk's office November 1, 1916, appointing trustees to execute a trust created by said will, and denying her motion for the appointment of a receiver.

PER CURIAM: We have carefully examined the record and think, under the circumstances as disclosed by it, that the action of the court in appointing the guardian *ad litem* for the infant Raught and the appointment of trustees other than the petitioners, was a wise exercise of its judicial discretion. The power to appoint trustees where a trust is created by a will and no trustee named therein is vested in the Supreme Court, exclusively, as successor to the Court of Chancery. The decree, however, should be modified. The allowances are directed to be paid by the administrators with the will annexed, who are not parties to this proceeding. The allowances should be directed to be paid by the trustees out of the first moneys of the trust that come into their hands, together with the costs of this appeal to all the parties who have filed briefs. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ. Decree modified as stated in opinion. Order to be settled on notice.